ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 1789 |
| DONNA HAYES, individually<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC.,<br><br>Defendant. | Case No: 1:07-cv-6881-JFK-JCF<br><br>**NOTICE OF APPEARANCE**<br><br>*This document relates to: 1:07-md-1789-JFK* |

  COMES NOW Susan Fuller, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notice of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007    Respectfully submitted,

              s/ Susan Fuller
              Susan Fuller (24032212)
              REICH AND BINSTOCK, LLP
              4265 San Felipe, Suite 1000
              Houston, TX 77027
              Telephone: (713) 622-7271
              Fax: (713) 623-8724

              ATTORNEYS FOR PLAINTIFFS

ECF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

                                                      s/ Susan Fuller